IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>GARRETT, MATTHEW SEAN,<br><br>Debtor. | Case No. 04-30551<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Citi Cards<br>PO Box 3671<br>Urbandale, IA 50323 | $40.06 |
| Chase Manhattan Bank USA NA<br>c/o Chase BankCard Services, Inc.<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $106.17 |
| Chase Manhattan Bank, USA NA<br>c/o Chase BankCard Services, Inc.<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $235.38 |

Dated: November 22, 2010         Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:    jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of November 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Katherine McGrath | United States Trustee |
| kmmcgrath2@hotmail.com | ustpregion10.so.ecf@usdoj.gov |

                                                  /s/ Jacqueline Sells Homann
                                                Jacqueline Sells Homann